IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LATONYA MOORE,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:04-CV-121-1 WLS |

### *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff LaTonya Moore ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff in her Complaint against Defendant in the above-styled action. The parties shall bear their own costs and attorneys' fees.

STIPULATED AND AGREED this 4/11 day of April 2005.

| | |
|---|---|
| /s/ LaTonya Moore | s/ Charlotte K. McClusky |
| LaTonya Moore | Charlotte K. McClusky |
| Plaintiff, *pro se* | Georgia Bar No. 484223 |
| 2104 Tompkins Ave., E-7 | Attorney for Defendant |
| Albany, Georgia 31705 | LITTLER MENDELSON, P.C. |
| | 3348 Peachtree Road, N.E. |
| | Suite 1100 |
| | Atlanta, GA 30326-1008 |
| | Telephone: (404) 233-0330 |
| | Facsimile: (404) 233-2361 |
| | E-mail: cmcclusky@littler.com |
| | |
| | Scott A. Forman |
| | (admitted *pro hac vice*) |
| | Attorney for Defendant |
| | LITTLER MENDELSON, P.C. |
| | One Biscayne Tower |
| | 2 South Biscayne Boulevard |
| | Suite 1500 |
| | Miami, FL 33131.1804 |
| | Telephone: (305) 400-7500 |
| | Facsimile: (305) 603-9626 |
| | E-mail: sforman@littler.com |

PURSUANT TO THE FOREGOING STIPULATION, **DISMISSAL WITH PREJUDICE** IS ENTERED THIS ____ DAY OF _____ 2005.

_____
The Honorable W. Louis Sands
Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LATONYA MOORE,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:04-CV-121-1 WLS |

## *CERTIFICATE OF SERVICE*

I hereby certify that on April 4, 2005, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of the Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participant:

LaTonya Moore
2104 Tompkins Ave, E-7
Albany, Georgia 31705

s/ Charlotte K. McClusky
Charlotte K. McClusky
LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, GA 30326-1008

Telephone: (404) 233-0330
Facsimile: (404) 603-9626
E-mail: cmcclusky@littler.com
Georgia Bar No. 484223